**Order entered November 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00589-CV

### ESTATE OF ALAN MORGAN HUMPHREY, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-2943-3**

## ORDER

Before the Court are the Spencer Group's October 26, 2015 notice of nonrepresentation and appellant's October 26, 2015 second motion for extension of time to file brief. Because on August 26, 2015 the trial court granted the Spencer Group's motion to withdraw as counsel for George Alexander Carlson, we **DIRECT** the Clerk of the Court to remove R. Kevin Spencer, Zachary E. Johnson, Brendan P. Harvell, and Spencer Law, P.C. as counsel for Mr. Carlson. All communications with Mr. Carlson shall now be directed to:

> 3650 Asbury Street
> Dallas, Texas 75202
> (469) 230-1663.

We **GRANT** appellant's extension motion and **ORDER** the brief be filed no later than November 25, 2015. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
       JUSTICE